UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KANNON ROBINSON,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT AYALA, et al.,<br><br>        Defendant. | Case No. 2:20-cv-03470-VAP (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the Order to Show Cause (Dkt. 11, "OSC"), Plaintiff's Response to the OSC (Dkt. 13), various proofs of service filed by Plaintiff (Dkt. 10, 14-16), the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. 18), and Plaintiff's Objection to the Report (Dkt. 21).

The Court has engaged in a de novo review of those portions of the R&R to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

/ / /

IT IS HEREBY ORDERED that Judgment shall be entered dismissing this case without prejudice.

Dated: August 7, 2020

_____
VIRGINIA A. PHILLIPS
United States District Judge

2