JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KANNON ROBINSON, | Case No. 2:20-cv-03470-VAP (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| ROBERT AYALA, et al., | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: August 7, 2020

_____
VIRGINIA A. PHILLIPS
United States District Judge